O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-7855 AHM (PLAx) | Date | May 20 2009 |
|---|---|---|---|
| Title | AMINI INNOVATION CORPORATION v. COSMOS FURNITURE LTD, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

The Court DENIES the parties' stipulated request to continue the scheduling conference[1], and ORDERS counsel for Defendant to provide a much more substantial basis for its entitlement to withdraw as counsel.  It may do so with an *in camera* filing under seal, and must do so by not later than May 26, 2009.  Defendant's counsel must insure that its supplemental filings bring its motion into compliance with all local rules.  In particular, paragraph 7 of Attorney Hafter's declaration, concerning the notice counsel gave to its client, is woefully deficient.  *See generally* Local Rule 83-2.

The Court DENIES the request to grant the motion to withdraw without a hearing.[2]

_____ : _____
Initials of Preparer                    SMO

---

[1] Docket No. 26.

[2] Docket No. 25.