**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMINI INNOVATION CORPORATION, )<br>)<br>Plaintiff(s),  )<br>)<br>v.  )<br>)<br>COSMOS FURNITURE LTD., et al.,  )<br>)<br>Defendant(s).  )<br>_____) | CASE NO. CV08-7855-AHM (PLAx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: July 14, 2009

_____
A. Howard Matz
United States District Court Judge

**JS-6**